Nathaniel Webster, Plaintiff in Error, vs. Henry Bend-
heim, Adolph D. Bendheim, Meier Bendheim, Leo-
pold Kaufman and Berthola Bendheim, co-partners
doing business as Bendheim Bros. & Co., Defendants
in Error.

Writ of error to Circuit Court, Duval county; C. M.
Cooper, Referee.

A. W. Cockrell & Son, for Plaintiff in Error.

W. B. Young, for Defendants in Error.

This action was brought by the defendants in error
against the plaintiff in error and E. Rigney, as late co-
partners under the firm name of E. Rigney & Co. There
was judgment for the plaintiffs, and the defendants take
writ of error. Subsequently there was a severance as
to the defendant Rigney, and the cause proceeded in the
name of Nathaniel Webster. The judgment is affirmed.

Decision *Per Curiam.*